IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| CESAR DE LA GARZA | § | |
| VS. | § | CIVIL ACTION NO. 1:22cv39 |
| DIRECTOR, TDC-CID | § | |

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Cesar De La Garza, proceeding *pro se*, filed this petition for writ of habeas corpus. The Court previously referred the case to the Honorable Christine L. Stetson, United States Magistrate Judge. The magistrate judge submitted a Report and Recommendation of United States Magistrate Judge recommending this case be dismissed without prejudice under Federal Rule of Civil Procedure 41(b).

The Court has received and considered the Report and Recommendation of United States Magistrate Judge. No objections have been filed. A copy of the Report and Recommendation was mailed to petitioner at the address he provided to the Court. The copy of the Report and Recommendation was returned to the court with a notation that petitioner has been released from confinement. Eastern District of Texas Local Rule CV-11(d) requires *pro se* litigants to provide the Court with a physical address and advise the clerk in writing of any change of address.

## ORDER

Accordingly, the findings of fact and conclusions of law contained in the Report of the magistrate judge are correct and the Report [Dkt. 5] is ADOPTED as the opinion of the Court. A final judgment shall be entered in accordance with the recommendation of the magistrate judge.

**SIGNED this 4th day of November, 2022.**

Michael J. Truncale
United States District Judge